IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**CYNTHIA D. NOROSKY,**

      **Plaintiff,**

v.     CIVIL ACTION NO.:  2:18-cv-00748

**CORALICIOUS INCORPORATED
and LEWIS RHINEHART,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned counsel for the Plaintiff hereby certifies that on this 18th day of December, 2018, I served the PLAINTIFF'S THIRD SET OF DISCOVERY REQUESTS TO DEFENDANT with the Clerk of the Court and filed a certificate of service reflecting that act using the CM/ECF system, which will send notification of such filing to the below listed CM/ECF participant.

    ASHLEY W. FRENCH, Esq.
    CIPRIANI & WERNER PC
    500 LEE STREET EAST, SUITE 900
    CHARLESTON, WV  25301
    AFrench@c-wlaw.com
    EMoore@c-wlaw.com


_____/s/ *Mark A. Toor, Esq.*
Mark A. Toor (WVSB #5228)
10 Hale Street, 2nd Floor
Charleston, WV  25301
304-380-2111
mark@marktoor.com