**IN THE UNITED STATES DISTRICT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**CYNTHIA D. NOROSKY,**

      **Plaintiff,**

**v.**                              **CIVIL ACTION NO.:  2:18-cv-00748**

**CORALICIOUS INCORPORATED**
**and LEWIS RHINEHART,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned counsel for the Defendant hereby certifies that on this 17th day of January, 2019, I electronically filed the foregoing ***Defendants' Responses to Plaintiff's Third Set of Discovery Requests to Defendants*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed CM/ECF participant:

Mark A. Toor, Esq.
10 Hale Street, 2nd Floor
Charleston, WV  25301
*Counsel for Plaintiff*


/s/ Ashley W. French
Ashley W. French (WVSB #9060)