IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**CYNTHIA D. NOROSKY,**

    **Plaintiff,**

v.                                                  CIVIL ACTION NO.:  2:18-cv-00748

**CORALICIOUS INCORPORATED
and LEWIS RHINEHART,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned counsel for the Defendants hereby certifies that on this 11th day of April, 2019, I electronically filed the foregoing **"Defendants Coralicious Incorporated and Lewis Rhinehart's Rule 26(a)(3) Disclosures"** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed CM/ECF participant.

                        Mark A. Toor, Esquire
                        10 Hale Street, 2nd Floor
                        Charleston, WV  25301

                        */s/ Ashley W. French*
                        Ashley W. French (WVSB#9060)